# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wettre, Leda D. | U.S. District Court, New Jersey | 08/03/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Hon. Leda Dunn Wettre, U.S.M.J.
U.S. District Court, District of New Jersey
50 Walnut Street
Newark, NJ 07102

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 08/03/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Gatehouse Media |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Sedona Conference | March 6-8, 2019 | Charlotte, NC | Speaker | Transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 08/03/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wettre, Leda D.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Bank Of America Accounts (cash) | A | Interest | K | T | | | | | |
| 3. TD Bank Account (cash) (Y) | | | | | | | | | |
| 4. JP Morgan Chase Bank Account (cash) | A | Interest | K | T | | | | | |
| 5. 529 #1 (H) | | | | | | | | | |
| 6. Schwab 529 Moderately Aggressive Track: 40% Equity PORTFOLIO | | None | N | T | | | | | |
| 7. 529 #2 (H) | | | | | | | | | |
| 8. Schwab 529 Short-Term Portfolio | | None | L | T | Sold (part) | 01/14/19 | K | | |
| 9. | | | | | Sold (part) | 07/19/19 | J | | |
| 10. | | | | | Sold (part) | 08/12/19 | K | | |
| 11. | | | | | Sold (part) | 12/31/19 | K | | |
| 12. IRA #1 (H) | | | | | | | | | |
| 13. iShares Core MSCI EAFE ETF (IEFA) | A | Dividend | J | T | | | | | |
| 14. iShares Core MSCI Emerging (IEMG) (X) | A | Dividend | J | T | | | | | |
| 15. iShares Core S&P 500 ETF (IVV) | A | Dividend | J | T | | | | | |
| 16. iShares Core S&P Total US Stock (ITOT) | A | Dividend | J | T | Buy | 01/17/19 | J | | |
| 17. iShares Edge MSCI Min Vol USA (USMV) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iShares Edge Msci US Qlty Fac (QUAL) | A | Dividend | J | T | Buy | 11/08/19 | J | | |
| 19. iShares Edge MSCI US Momentum (MTUM)(Y) | | | | | | | | | |
| 20. iShares Global Tech ETF (IXN) | A | Dividend | J | T | | | | | |
| 21. iShares S&P 500 Growth ETF (IVW) | | None | | | Sold | 01/15/19 | J | | |
| 22. iShares S&P 500 Value ETF (IVE) | | None | | | Sold | 01/15/19 | J | | |
| 23. IRA #2 (H) | | | | | | | | | |
| 24. Morgan Stanley Bank N.A. (cash) | A | Interest | K | T | | | | | |
| 25. Alps Sector Dividend Dogs (SDOG) | | None | | | Sold | 03/01/19 | K | A | |
| 26. First Tr Mld Cp Cor Alphdx Etf (FNX) | A | Dividend | J | T | Buy | 03/01/19 | J | | |
| 27. First Tr Valu.Ln Div Idx (FVD) | A | Dividend | K | T | Buy (add'l) | 03/01/19 | J | | |
| 28. First Trust Capital Strgth ETF (FTCS) | A | Dividend | L | T | Buy (add'l) | 03/01/19 | J | | |
| 29. First Trust Dj Internet Idx (FDN) | | None | K | T | Buy | 03/01/19 | K | | |
| 30. First Trust Devel Mkt Ex-US (FDT) | | None | | | Sold | 03/01/19 | J | | |
| 31. First Trust DJ Gl Sel Dvd (FGD) | | None | | | Sold | 03/01/19 | K | | |
| 32. First Trust DW Focus 5 Intl (IFV) | | None | | | Sold | 02/27/19 | K | | |
| 33. First Trust Fncl Alphadex ETF (FXO) | | None | | | Sold | 03/01/19 | K | C | |
| 34. First Trust Lrg Cap Value Al (FTA) | | None | | | Sold | 03/01/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. First Trust Nasdaq ABF CBIF (QABA) | | None | | | Sold | 03/01/19 | J | | |
| 36. First Trust Nasdaq-100-Tech (QTEC) | A | Dividend | K | T | Buy (add'l) | 03/01/19 | K | | |
| 37. First Trust Small Cap Core Etf (FYX) | A | Dividend | K | T | Buy | 03/01/19 | K | | |
| 38. First Trust US Eq Opp ETF (FPX) | | None | | | Sold (part) | 03/01/19 | J | A | |
| 39. | | | | | Sold | 03/14/19 | K | C | |
| 40. | | | | | Buy | 04/01/19 | K | | |
| 41. | | | | | Sold | 05/10/19 | K | A | |
| 42. First Trust North American Energy Infra (EMLP) | A | Dividend | J | T | Sold (part) | 04/03/19 | J | | |
| 43. FT-Preferred Secur & Inc ETF (FPE) | A | Dividend | K | T | Buy (add'l) | 03/01/19 | J | | |
| 44. O'Shares FTSE Russell Smll ETF (OUSM) | A | Dividend | | | Sold (part) | 03/01/19 | J | A | |
| 45. | | | | | Sold | 04/03/19 | K | A | |
| 46. O'Shares FTSE US Quality Div (OUSA) | A | Dividend | | | Sold (part) | 03/01/19 | K | C | |
| 47. | | | | | Sold | 04/03/19 | K | C | |
| 48. Invesco S&P Midcap 400 Rev (RWK) (formerly Oppenheimer) | A | Dividend | K | T | Buy (add'l) | 03/01/19 | J | | |
| 49. Invesco S&P Smallcap 600 (RWJ) (formerly Oppenheimer) | A | Dividend | K | T | | | | | |
| 50. Invesco S&P Ultra Dividend (RDIV) | B | Dividend | L | T | Buy | 03/01/19 | L | | |
| 51. AMG Timessquare Intl Sm Cp I (TQTIX) | | None | | | Sold | 03/01/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wettre, Leda D.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. BlackRock Equity Dividend I (MADVX) | A | Dividend | | | Sold | 06/10/19 | K | | |
| 53. Ab Concentrated Gw Adv (WPSGX) | A | Dividend | K | T | Buy | 03/14/19 | K | | |
| 54. | | | | | Buy<br>(add'l) | 06/10/19 | J | | |
| 55. AB Discovery Grw Adv (CHCYX) | B | Dividend | K | T | Buy | 05/10/19 | K | | |
| 56. | | | | | Buy<br>(add'l) | 06/10/19 | J | | |
| 57. Federated Kaufmann Is (KAUIX) | C | Dividend | K | T | Buy | 04/03/19 | K | | |
| 58. | | | | | Buy<br>(add'l) | 06/10/19 | J | | |
| 59. Federated Kaufmann Sm Cap Is (FKAIX) | A | Dividend | K | T | Buy | 04/03/19 | K | | |
| 60. Fidelity Adv Dividend Grw I (FDGIX) | C | Dividend | K | T | Buy | 03/01/19 | K | | |
| 61. Fidelity Adv Grw Opport I (FAGCX) | | None | K | T | Buy | 02/05/19 | K | | |
| 62. | | | | | Buy<br>(add'l) | 03/01/19 | K | | |
| 63. | | | | | Buy<br>(add'l) | 04/03/19 | J | | |
| 64. Fidelity Adv Health Care I (FHCIX) | A | Dividend | K | T | Buy | 03/01/19 | K | | |
| 65. Clearbridge Aggressive Growth I (SAGYX) | | None | | | Sold | 02/27/19 | K | | |
| 66. EV RBern Equity Strat I (ERBIX) | | None | | | Sold | 02/14/19 | K | | |
| 67. First Eagle Global I (SGIIX) | | None | | | Sold | 03/01/19 | K | | |
| 68. Harding Loevner Intl Eqty Inst (HLMIX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   Invesco Opp Global Opp Y (OGIYX) | B | Dividend | K | T | Buy | 04/01/19 | K | | |
| 70.   Invesco Opp Internatl Div Y (OIDYX)<br>(formerly Oppenheimer) | A | Dividend | K | T | Sold<br>(part) | 03/01/19 | J | | |
| 71.   Janus Henderson Forty I (JCAPX) | C | Dividend | L | T | Buy<br>(add'l) | 03/01/19 | K | | |
| 72.   Lord Abbett Growth Leaders F (LGLFX) | C | Dividend | L | T | Buy<br>(add'l) | 03/01/19 | J | | |
| 73. | | | | | Sold<br>(part) | 04/01/19 | J | A | |
| 74.   Lyrical US Value Equity Instl (LYRIX) | | None | | | Sold | 04/01/19 | K | | |
| 75.   Nuveen Large Cap Core I (NLCIX) | A | Dividend | K | T | Buy<br>(add'l) | 03/01/19 | J | | |
| 76.   Nuveen Small Cap Value Fund I ( FSCCX) | A | Dividend | K | T | Buy<br>(add'l) | 03/01/19 | J | | |
| 77. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 78.   Principal Sm Mdcp Div Inc I (PMDIX) | A | Dividend | K | T | Buy | 03/01/19 | K | | |
| 79.   BROKERAGE #1 (H) | | | | | | | | | |
| 80.   Vanguard Mid-Cap Gr Inx Admiral<br>(VMGMX) | A | Dividend | M | T | | | | | |
| 81.   Vanguard Small-Cap Gr Inx Admiral<br>(VSGAX) | A | Dividend | M | T | | | | | |
| 82.   BROKERAGE #2 (H) | | | | | | | | | |
| 83.   Morgan Stanley Bank NA (cash) | A | Interest | K | T | | | | | |
| 84.   Alps Sector Dividend Dogs (SDOG) | A | Dividend | | | Sold | 04/17/19 | K | B | |
| 85.   First Tr Valu.Ln Div Idx (FVD) | A | Dividend | L | T | Buy<br>(add'l) | 04/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. First Trust Capital Strgth ETF (FTCS) | A | Dividend | K | T | Buy (add'l) | 04/17/19 | J | | |
| 87. First Trust DJ Gl Sel Dvd (FGD) | B | Dividend | K | T | | | | | |
| 88. First Trust North American Energy Infra (EMLP) | B | Dividend | K | T | Buy (add'l) | 04/17/19 | J | | |
| 89. First Trust Preferred Secur & Inc ETF (FPE) | C | Dividend | L | T | Buy (add'l) | 04/17/19 | K | | |
| 90. O'Shares FTSE Russell Smll ETF (OUSM) | A | Dividend | | | Sold | 04/17/19 | K | A | |
| 91. O'Shares FTSE US Quality Div (OUSA) | A | Dividend | | | Sold | 04/17/19 | L | D | |
| 92. Invesco S&P Smallcap 600 (RWJ) (formerly Oppenheimer) | A | Dividend | K | T | Buy (add'l) | 04/17/19 | K | | |
| 93. Invesco S&P Ultra Divide (RDIV) | B | Dividend | L | T | Buy | 04/17/19 | L | | |
| 94. American Funds Capital World Growth And Income Fund (WGIFX) | A | Dividend | J | T | | | | | |
| 95. American Funds Fundamental Investors (FINFX) | A | Dividend | J | T | | | | | |
| 96. American Funds The Growth Fund Of America (GFFFX) | A | Dividend | J | T | | | | | |
| 97. American Funds Smallcap World Fund (SMCFX) | A | Dividend | J | T | | | | | |
| 98. BlackRock Equity Dividend I (MADVX) | A | Dividend | | | Buy (add'l) | 04/17/19 | J | | |
| 99. | | | | | Sold | 07/16/19 | K | | |
| 100. BlackRock Strategic Opp I (BSIIX) | B | Dividend | K | T | | | | | |
| 101. Federated Kaufmann Is (KAUIX) | B | Dividend | K | T | Buy | 04/17/19 | K | | |
| 102. Fidelity Adv Dividend Grw I (FDGIX) | B | Dividend | K | T | Buy | 04/17/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Fidelity Adv Grw Opport I (FAGCX) | A | Dividend | K | T | Buy | 04/17/19 | K | | |
| 104. | | | | | Buy<br>(add'l) | 06/21/19 | J | | |
| 105.  Janus Balanced I (JBALX) | B | Dividend | L | T | Sold<br>(part) | 04/17/19 | J | A | |
| 106.  Janus Henderson Grw And Inc I (JGINX) | B | Dividend | K | T | Buy | 05/21/19 | K | | |
| 107.  Janus Henderson Div & Inc Bldr I (HDIVX) | A | Dividend | | | Buy<br>(add'l) | 04/17/19 | J | | |
| 108. | | | | | Sold | 05/21/19 | K | | |
| 109.  Janus Henderson Glb Eq Inc I (HFQIX) | A | Dividend | | | Buy<br>(add'l) | 04/17/19 | J | | |
| 110. | | | | | Sold | 05/21/19 | K | | |
| 111.  Lord Abbett Bond Deb F (LBDFX) | B | Dividend | L | T | Buy<br>(add'l) | 04/17/19 | J | | |
| 112.  Lord Abbett Calibrtd Div Gw F (LAMFX) | B | Dividend | K | T | Buy<br>(add'l) | 04/17/19 | K | | |
| 113.  Lord Abbett Mult Aset Bal Op F (BLAFX) | B | Dividend | K | T | Buy<br>(add'l) | 04/17/19 | K | | |
| 114.  Lord Abbett Short Duration Inc F (LDLFX) | A | Dividend | | | Sold | 04/17/19 | K | | |
| 115.  Lord Abbett Ultra Short Bd F (LUBFX) | C | Dividend | L | T | Sold<br>(part) | 04/17/19 | L | | |
| 116. | | | | | Sold<br>(part) | 11/29/19 | K | A | |
| 117.  Nuveen Large Cap Core I (NLCIX) | A | Dividend | K | T | Buy<br>(add'l) | 04/17/19 | K | | |
| 118.  Nuveen NWQ Flexible Inc I (NWQIX) | D | Dividend | M | T | Buy<br>(add'l) | 04/17/19 | L | | |
| 119.  Nuveen Real Asset Income I (NRIIX) | C | Dividend | L | T | Buy<br>(add'l) | 04/17/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 120. Pioneer Mlti Ast Ult Sht Inc Y (MYFRX) | B | Dividend | K | T | Buy (add'l) | 04/17/19 | J | | |
| 121. Pioneer Multi Asset Inc Y (PMFYX) | C | Dividend | L | T | Buy (add'l) | 04/17/19 | K | | |
| 122. Principal Sm Mdcp Div Inc I (PMDIX) | B | Dividend | L | T | Buy | 04/17/19 | L | | |
| 123. Putnam Diversified Inc Tr Y (PDVYX) | B | Dividend | K | T | Buy (add'l) | 04/17/19 | K | | |
| 124. TIAA-CREF Social Choice Bd Adv (TSBHX) | A | Dividend | | | Sold | 04/17/19 | K | | |
| 125. Wells Fargo Divers Cap Build I (EKBYX) | | None | | | Buy | 05/21/19 | K | | |
| 126. | | | | | Sold | 06/21/19 | K | B | |
| 127. BROKERAGE #3 (H) | | | | | | | | | |
| 128. Morgan Stanley Bank NA (cash) | A | Interest | J | T | | | | | |
| 129. NORTH CAROLINA St Rev-A ( 65829QDB7) | A | Interest | K | T | Buy | 06/14/19 | K | | |
| 130. Texas St Tax Antic Nts Genl Oblig Rev (882724PY) | | None | J | T | Buy | 08/30/19 | J | | |
| 131. North Tex Twy Auth Rev (66285WUU8) | A | Interest | J | T | | | | | |
| 132. Comal Tex Indpt Sch Dist Tax Sch Bldg PSF-GTO (1998202Y6) | | None | | | Sold | 02/04/19 | J | | |
| 133. Maryland St Dept Transn Cons Transn (574204ZB2) | | None | | | Sold | 01/29/19 | J | | |
| 134. Washington St Var Purp Genl Oblig Ref-A (93974C4N7) | A | Interest | J | T | | | | | |
| 135. University MD Sys Auxiliary Fac & Tuition (9144022B7) | A | Interest | | | Sold | 08/28/19 | J | A | |
| 136. New York N Y City Transitional Fin Auth (64972HZK1) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Indiana Univ Revs Student Fee Rev-Y (4551698EM2) | A | Interest | J | T | | | | | |
| 138. South Dakota Conservancy Dist Rev-B (837545LK6) | A | Interest | J | T | | | | | |
| 139. Texas St Genl Oblig Rev·A (882723SQ3) | A | Interest | J | T | | | | | |
| 140. Chicago Ill O'Hare Intl Arpt Sr Lien Rev Ref (167593YW6) | A | Interest | J | T | | | | | |
| 141. Lower Colo Riv Auth Tex Transmission Contract (54811BRL7) | A | Interest | J | T | | | | | |
| 142. New Hampshire Mun Bd Bk (64465P2Ll) | A | Interest | J | T | | | | | |
| 143. Tennessee St Sch Ed Auth Higher Edl Facs Second Prog Rev-B (880558HK0) | A | Interest | J | T | | | | | |
| 144. Charleston SC Wtrwks & Swr Rev Ref (160429WV4) | A | Interest | J | T | | | | | |
| 145. Oregon St Genl Oblig Rev·A (68609BYY7) | A | Interest | | | Sold | 06/14/19 | J | A | |
| 146. University Wash Univ Gen Rev Ref-B (91523NNM4) | A | Interest | J | T | | | | | |
| 147. Metropolitan Transn Auth NY Dedicated T Green (59259N7A5) | A | Interest | | | Sold | 05/31/19 | J | A | |
| 148. Dallas Area Rapid Transit Sr Lien Sales Tax Rev Ref-A (235241RJ7) | A | Interest | J | T | | | | | |
| 149. New York St Dorm Auth Sales Tax St Supported Debt (64990AGA7) | A | Interest | J | T | | | | | |
| 150. South Carolina Jobs-Economic Dev Auth Hosp Rev (83703FKJ0) | A | Interest | J | T | | | | | |
| 151. Wisconsin St Genl Oblig Ref (97705MGS8) | A | Interest | J | T | | | | | |
| 152. Metropolitan Transn Auth NY Rev (59261AWZ6) | A | Interest | J | T | | | | | |
| 153. Phoenix Ariz Civic Impt Corp Wastewater Sys Rev-A (71883FKY2) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Minnesota St Var Purp Genl Oblig Ser-A (60412ALE1) | A | Interest | J | T | | | | | |
| 155. Oregon St Dept Trans Hwy User Tax Rev (68607DTE5) | A | Interest | J | T | Buy | 01/31/19 | J | | |
| 156. HAWAII St (419792XR) | A | Interest | J | T | Buy | 02/19/19 | J | | |
| 157. Grand River Dam Ck Auth Rev Ref-A (386442WQ6) | A | Interest | J | T | | | | | |
| 158. Nevada St Hwy Impt Rev (641480JS8) | A | Interest | J | T | | | | | |
| 159. Oregon St Dept Administrative Svcs Lotte (68607VW68) | A | Interest | J | T | | | | | |
| 160. West Virginia St Rd Genl Oblig Ser-B (956553A92) | A | Interest | J | T | | | | | |
| 161. Wisconsin St Environmental Impt Fd Rev (97709TBH8) | A | Interest | J | T | | | | | |
| 162. 401(k) #1 (H) | | | | | | | | | |
| 163. Janus Enterprise I (JMGRX) | | None | M | T | | | | | |
| 164. TRP Blue Chip Growth Fund (TRBCX) | | None | M | T | | | | | |
| 165. BROKERAGE #4 (H) | | | | | | | | | |
| 166. Morgan Stanley Private Bank NA (cash) | A | Interest | K | T | | | | | |
| 167. Gannett Co Inc (GCI) | B | Dividend | J | T | | | | | |
| 168. Lord Abbett Ultra Short Bd A (LUBAX) | B | Dividend | | | Sold (part) | 04/09/19 | J | | |
| 169. | | | | | Sold (part) | 08/30/19 | K | A | |
| 170. | | | | | Sold (part) | 09/17/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 10/23/19 | K | A | |
| 172. | | | | | Sold | 10/29/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wettre, Leda D.** | 08/03/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Gannett Co Inc (GCI) was New Media Invt Group Inc (NEWM).

Invesco S&P Midcap 400 Rev (RWK) was Oppenheimer Mid Cap Revenue (RWK).

Invesco S&P Smallcap 600 (RWJ) was Oppenheimer Small Cap Revenue (RWJ).

Invesco Opp Internatl Div Y (OIDYX) was Oppenheimer Internatl Div Y (OIDYX).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leda D. Wettre**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544